Same case below, 403 Fed. Appx. 335.

### No. 11-139. United States, Petitioner v. Home Concrete & Supply, LLC, et al.

564 U.S. 1066, 132 S. Ct. 71, 180 L. Ed. 2d 940, 2011 U.S. LEXIS 5196.

September 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted.

Same case below, 634 F.3d 249.

### No. 11-226 (R46-027). Larry Scott Reynolds, Petitioner v. Tennessee.

564 U.S. 1067, 133 S. Ct. 21, 180 L. Ed. 2d 940, 2011 U.S. LEXIS 5212.

September 28, 2011. The petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Middle Division, in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.